## JOSEPH D. KERN

*v.*

## SEYMOUR POTTER.

PLEADINGS—*admission by, in replevin.* In replevin for the wrongful taking and detention of personal property, if the defendant pleads only property in third persons, the taking and detention of the property will be admitted.

APPEAL from the Circuit Court of Kendall county; the Hon. SILVANUS WILCOX, Judge, presiding.

This was an action of replevin, by Seymour Potter against Joseph D. Kern, for 1800 pounds of wool. The plaintiff recovered judgment for the property, and costs.

Messrs. ELDRIDGE & LEWIS, for the appellant.

Mr. T. LYLE DICKEY, for the appellee.

Per CURIAM: This case was tried upon issues formed on a count in replevin for the wrongful taking and detention of a quantity of wool. There was no plea of *non cepit*, but pleas of property in third persons, on which issue was taken. As the pleadings stood, the taking and detention of the property were admitted. The evidence upon the issues of fact was conflicting, and was for the jury to pass upon. It is not such a case as will warrant this court in interfering with the verdict of the jury, and the judgment must be affirmed.

*Judgment affirmed.*